UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:23-cr- 12-01-PB |
| | ) | |
| RHONDA SIMPSON | ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 1st day of February, 2023.

This 1st day of February, 2023.

                JANE E. YOUNG
                United States Attorney


                By: /s/ Charles L. Rombeau
                     Charles L. Rombeau
                     Assistant U.S. Attorney


WARRANT ISSUED: _____