UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                    Case No. 23-cr-12-02-PB

<u>David Montoya</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 37) filed by defendant is granted; Final Pretrial Conference is rescheduled to May 20, 2024 at 9:00 AM. Trial is continued to the two-week period beginning June 4, 2024, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, <u>18 U.S.C. § 3161(h)(7)(B)(iv)</u>, for the reasons set forth in the motion.

SO ORDERED.

                                               By the Court,

                                               /s/Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

Date: May 6, 2024

cc:   U.S. Marshal
       U.S. Probation